# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL CASE NO. 3:21-cv-00068-MR

| | |
|---|---|
| **EDWARD WOODIE, et al.,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| vs. ) | |
| ) | |
| **GARY MCFADDEN, et al.,** ) | **ORDER** |
| ) | |
| **Defendants.** ) | |
| _____ ) | |

**THIS MATTER** is before the Court *sua sponte*.

Five pro se Plaintiffs filed this action pursuant to 42 U.S.C. § 1983 addressing incidents that are alleged to have occurred at the Mecklenburg County Jail. [Doc. 1]. All of the Plaintiffs except for Kenji Lyon Henderson have now been dismissed from this action. [See Docs. 36, 42]. On April 25, 2022, the Court issued an Order dismissing the Complaint on initial review pursuant to 28 U.S.C. §§ 1915(e)(2)(B)(i)-(ii) and 1915A, and granting Plaintiff Henderson 30 days in which to amend the Complaint. [Doc. 42]. Plaintiff Henderson was cautioned that, should he fail to timely amend the Complaint in accordance with the April 25 Order, the action would be dismissed without prejudice and without further notice. [Id. at 11].

It appears that Plaintiff Henderson may not have received a copy of the April 25, 2022 Order. The Clerk will now be instructed to mail Plaintiff Henderson a copy of the April 25 Order and a blank § 1983 complaint form. He shall have 30 days from the date of this Order to amend in accordance with the April 25 Order. His failure to do so will result in the dismissal of this action without prejudice and without further notice.

**IT IS, THEREFORE, ORDERED** that Plaintiff Henderson shall have **thirty (30) days** from the date of this Order in which to amend the Complaint in accordance with the April 25, 2022 Order. If Plaintiff Henderson fails to timely amend the Complaint within 30 days, in accordance with the April 25 Order, this action will be dismissed without prejudice and without further notice.

The Clerk of Court is directed to mail Plaintiff Henderson a copy of this Order, the April 25, 2022 Order [Doc. 42], and a blank § 1983 complaint form.

**IT IS SO ORDERED**.

Signed: June 22, 2022

Martin Reidinger
Chief United States District Judge