# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Edward Woodie, et al, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiffs, | ) | 3:21-cv-00068-MR |
| | ) | |
| vs. | ) | |
| | ) | |
| Gary McFadden, et al, | ) | |
| | ) | |
| Defendants. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's December 9, 2022 Order.

December 9, 2022

_Frank G. Johns_
Frank G. Johns, Clerk
United States District Court